Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| | | |
|---|---|---|
| JUNTA DE DIRECTORES CONSEJO DE TITULARES CONDOMINIO STELLA MARIS<br><br>Parte Recurrida<br><br>v.<br><br>CORPORACIÓN COLÓN PRIETO ASEGURADORA ABC<br><br>Parte Peticionaria | TA2025CE00219 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala de San Juan<br><br>Civil núm.: SJ2025CV00899<br><br>Sobre: Injunction Preliminar y Permanente; Injunction Estatutario, Ley de Condominios y Art. 14.1 Ley de Reforma de Permisos |

Panel integrado por su presidente, el Juez Ronda del Toro, la Juez Lotti Rodríguez y la Jueza Trigo Ferraiuoli[1].

## RESOLUCIÓN

En San Juan, Puerto Rico, a 18 de septiembre de 2025.

Examinada la petición de *certiorari* instada el 30 de julio de 2025, por la parte peticionaria, Corporación Colón Prieto, así como la oposición a la expedición del recurso presentada por la parte recurrida, Junta de Directores del Consejo de Titulares Condominio Stella Maris, el 11 de agosto de 2025, este Tribunal concluye que procede abstenerse de ejercer su jurisdicción revisora, por lo que se deniega la expedición del auto de *certiorari*[2].

Notifíquese.

Lo acuerda y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Véase Orden Administrativa OATA-2025-170 en la que se designó a la Jueza Trigo Ferraiuoli en sustitución de la Juez Grana Martínez.

[2] *Véase*, Regla 52.1 de las de Procedimiento Civil, 32 LPRA Ap. V, R. 52.1, así como la Regla 40 del Reglamento del Tribunal de Apelaciones, Regla 40 del Reglamento del Tribunal de Apelaciones, según enmendada, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, pág. 62, 215 DPR __ (2025).